Court Copy

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 27 A 10:08

Mark Shannon Wheeler 139044 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06 CV274-T
)   (To be supplied by Clerk of
Bill Segrest, et al official and )   U.S. District Court)
Individual )
Capacity )
_____ )
_____ )
_____ )   Motion/Complaint
_____ )   and Brief
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (X)  NO (  )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (X)  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Mark Shannon Wheeler 139044
            _____

            Defendant(s) Bill Segrest et al
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) Montgomery Co. AL

3. Docket number CV-2005-1307

4. Name of judge to whom case was assigned William Shashy

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed w/ Prejudice

6. Approximate date of filing lawsuit 2005 May

7. Approximate date of disposition 2005

II. PLACE OF PRESENT CONFINEMENT Kilby Corr. Fac.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Kilby Corr. Fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Bill Segrest et al | State of Alabama Board of Pardons and Paroles |
| 2. | 301 South Ripley St. |
| 3. | Montgomery, AL. 36130-2405 |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 14th-2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 14th Amend. U.S. Const. "Equal Protection". 8th Amend, Cruel and unusual Punishment U.S. Const.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Ground #1 I have been incarcerated since Aug. 17th-1993. I was given a 10 year Guideline Setting Parole date, which was in 1994 set up for, September 2003. The Parole Board Executive Director Bill Segrest "Approved" a 5 year (Reset) on July 14th-2005, After I was made 22 months "Late" for my "supposed" ~~GROUND TWO:~~ Equal Consideration date of Sept. 2003 it did not occur (my hearing) until July 13th-2005. That is 6 years ~~SUPPORTING FACTS:~~ and 10 months. The Caps is a 5 year set off. My Equal Protection Rights have been violated because my set up for Sept. 2003 must be tabulated as it was granted for my guideline set-up - many years ago. The Parole Board made me late, but my "Pre"-tabulated guideline setting date must be calculated, or that would be Cruel and ~~GROUND THREE:~~ (very unusual) punishment 8th Amend. U.S. Const. Violation. Sept. 2003 to July 2010 is 6 years and 10 months! ~~SUPPORTING FACTS:~~ The said Board has a 5 year maximum Cap. It is their Rules, I did not make them. Bill Segrest et al was negligent, and did not tabulate my Pre Set Sept. 2003 date. He only Recognized July 13th-2005, the day I was reviewed and Denied, not when I was supposed to be reviewed. The said Board has been slack Contacting suppose victims when All violent cases are, and have been behind and we have been neglected! For Bill Segrest et al Not to tabulate my given date of Sept. 2003, denies my Equal Protection. See Exhibits A, B, C. My 14th Amendment "Equal Protection", and 8th Amendment "right to be free from Cruel and unusual Punishment", of the U.S. Constitution have been violated by Defendant. This said Court has Jurisdiction As Plaintiff Wheeler is a resident of Montgomery County Alabama where offenses occured. Defendant Segrest is gainfuly employed here where he violated Plaintiffs said 8th and 14th Amend. U.S. Const. (In Compliance with Rule 9 F.R.C.P.)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Demanded Relief sought. To Grant Plaintiff that an Injunction be mandated for Bill Segrestetal to Re-tabulate All Parole Consideration dates to those with violent cases whom were made late for their Pre set guideline setting dates, so as the maximum Duration does not exceed 5 years, in Compliance with Parole Board Rules. Plaintiff Wheeler seeks a speedy hearing for Declaratory Judgment.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-24-2006.
(Date)

Signature of plaintiff(s)

4