```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS              INST:    008
                        INMATE SUMMARY AS OF 01/21/2003                CODE: CRSUM
```

****************************************************************************

```
AIS: 001390448    INMATE: WHEELER, MARK SHANNON            RACE: W  SEX: M

INSTITUTION: 008 - KILBY CORRECTIONAL FACILITY       JAIL CR: 000Y 08M 16D

DOB: 05/13/1961   SSN: 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   PREVIOUS AIS: P0033514

ALIAS: WHEELER, MARK

ADM DT: 05/06/1994 DEAD TIME: 000Y 00M 00D

ADM TYP: LIFE SENTENCE                      STAT: EOS FROM PAROLE

CURRENT CUST: MED-9   CURRENT CUST DT: 09/30/1994   PAROLE REVIEW DATE: SEP 2003

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:   05/06/1994
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT    CASE NO    CRIME               JL-CR        TERM
CLEBURNE     05/06/94   N93000080  MURDER              02560        LIFE      CS
   ATTORNEY FEES  : $001000
   COURT COSTS    : $0000276      HABITUAL OFFENDER : Y
                                  FINES : $0000000    RESTITUTION : $0000050

TOTAL TERM      MIN REL DT       GOOD TIME BAL      GOOD TIME REV     LONG DATE
   LIFE         00/00/0000                                                LIFE

INMATE LITERAL:
```
****************************************************************************

```
DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
```
****************************************************************************

```
ESCAPEE-PAROLE SUMMARY

PAROLED FRM   115:12/10/90 RVC:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978
```
****************************************************************************

```
DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 08/15/2001   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                   AT INST: 008    RULE NUMBER: 54
   RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE
```

Exhibit (A)

```
                    STATE OF ALABAMA
                BOARD OF PARDONS AND PAROLES
                    301 S. RIPLEY STREET
                      P.O. BOX 302405
              MONTGOMERY, ALABAMA  36130 - 2405
                 CENTRAL OFFICE (334) 242 - 8700
                         07-14-2005
```

MARK SHANNON WHEELER
139044
KILBY CORRECTIONAL FACILI
P O BOX 150
MT MIEGS   AL   36057


YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT AN OPEN PUBLIC MEETING. YOU WERE DENIED PAROLE AND RESET FOR FURTHER CONSIDERATION DURING THE MONTH OF 07/2010.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE ACCORDED.

                                       YOURS VERY TRULY,



                                       WILLIAM C. SEGREST
                                       EXECUTIVE DIRECTOR

WCS/CAM

CC:   WARDEN
      CLASSIFICATION

*[signature: William C. Segrest]*

*Exhibit (B)*

To: Don Segrest, Executive Director of
Alabama BOARD OF PARDONS AND PAROLES, et al.

This is original copy

## Notice of Intent

Necessary action by you must be taken at this time to avoid a **FEDERAL** Civil legal action, (against You) for your approval of the Boards regulations violations.

I Mark Shannon Wheeler Ais #139044, was and have been incarcerated since August 17th–1993. I was given a Guideline setting of "September 2003". The Board made me "22 months Late", not giving me "Equal Consideration", and did not review my case until "July 13th–2005", 22 months late.

I was Denied Parole and reset for July 2010. That was supposedly a 5 year set off, which would be the legal "CAPs" Maximum – but, I was made late 22 months and reset another 5 years, making the TOTAL "6 Years and 10 Months", A Blatant Violation which You approved, I have your signed 5 year set off Approval, which makes you Negligent in your duty, as you knew, or should have known that my Pre-set "granted" review guideline setting WAS set for September 2003. You must now legally reset my Parole date for September 2008 (or sooner) to be within the 5 year CAP, (Sept-03 – Sept. 08). I am putting together A list of other Inmates in Violation of this, the list is getting long, which proves you all know of the manipulation. Sidney Williams has tried to prove there is no need for the Second review Board panel when there are hundreds with violent type cases, yet to be reviewed. I must receive Proper Equal Consideration, see Andrus vs. Lambert. Be advised, I am preparing suit and I will file in the "Office of the Clerk" United States District Court, P.O. Box 711 Montgomery, Al. 36101-0711, within 15 days from today, if these mitigating circumstances that warrant a deviation from the guidelines (Page 5 part 7)

Exhibit (C)                Page 1 of 2

of the Parole Boards regulations, are not corrected in my case. You Sir, the designee are directed to document these circumstances, together with a recomendation for scheduling consideration (Article 1 part 8), of the same regulations so it states. Also, page 8, article 5 (Preliminary Review of Docketed Cases) states: 4. "Any" member of the Board may order an investigation of any matter that may bear on the Boards decision.

The Board setting me off 22 months over the caps of 5 years, warrants the deviation, and correction. "On" a Board members entered vote "detailed" statements states on Page 10, #10 . . . . "accurately" executed including PROPER DATES. Part #11 on page 10 states: If parole has been denied, the Board shall determine whether and when the case shall next be docketed for consideration, NOT to exceed five (5) years. The case will be considered again as near as "practicable" to-the-specified-month-and-year.

Mr Segrest, with all respect sir, the "improper" month and year starting point was calculated. If it were my fault for the late parole date, it would be different, but it was the Board whom made my Prescheduled Guideline setting date for review, then they exceeded the timeline mechanism for the 10 year review which was ALREADY in place when the 15 year 85% ideology was put in place on Page 3 Article 1 Intake of the STATE Board of Pardons and Paroles BOARD ORDER, ordered on the 23rd day of Feb. 2004. Sir You are in violation. Sir, other prisoners may not know how to properly sue in the Federal Court, but I do. If this is NOT Immediatly corrected, my case will set a precedence for all the others. The ball is in your Court sir. If I go and file the suit, that means you did not expiditiously correct the negligence, I will Amend the Action causing a class action to procede so that all preset prior to Feb 23-2004 shall be due "proper consideration" relief, of Equal Protection, a protected 14th Amend. Right - this is Not a Liberty interest issue.

CORE:  Sincerely /s/ S. Wheeler /Page 2/ signed March 19th-2006

## Certificate of Service

By First Class Pre Paid U.S. mail, in the Kilby Prison Mail Box, I the Plaintiff Mark Shannon Wheeler hereby certify that I have mailed a copy of the same, Summons, Complaint/Brief, motion to Incorporate Exhibits A, B, C, Exhibits A, B, C, and Forma Pauperis of Plaintiff Mark Shannon Wheeler and Served upon Defendant Bill Segrest et al, by mailing a copy of the same to: Office of the Clerk, United States District Court, P.O. Box 711, Montgomery, Al. 36101-0711, with instructions in Summons for issuance of Complaint and Summons to be served by United STATES MARSHAL upon Defendant Bill Segrest et al, at: 301 South Ripley St. Montgomery, AL 36130, this the 24th day of March, 2006.

_Mark Shannon Wheeler_
Mark Shannon Wheeler
Plaintiff Pro Se

Mark S. Wheeler
Ais # 139044
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL.
36057

10