**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bill Segrest
   Alabama Department of Pardons & Paroles
   301 South Ripley Street
   Montgomery, AL 36130

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3465 0269

PS Form 3811, February 2004        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Cornell Long    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   CORNELL LONG

C. Date of Delivery
   4/25/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV274
   C + O

   APR 25 2006

   Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540