IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK SHANNON WHEELER,          )
     AIS# 139044              )
    Plaintiff,                 )
                               )
                               )
v.                             )   Case #2:06-CV-274-MHT
                               )
                               )
                               )
BILL SEGREST,                  )
                               )
    Defendant.                 )

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, William C. Segrest, moving for an extension of time to respond to the 42 U.S.C. §1983 complaint and shows unto the Court the following:

    1)    Respondents request a 14-day extension of time to prepare their response, making their answer due June 14th, 2006.

2)    Petitioner is challenging his parole consideration date.

3)    Respondents are most likely to prevail in this litigation.

4)    The Petitioner will not be prejudiced by the extension.

            Respectfully submitted,

            TROY KING
            ATTORNEY GENERAL

            GREGORY O. GRIFFIN, SR.
            CHIEF COUNSEL

            s/STEVEN M. SIRMON
            ASSISTANT ATTORNEY GENERAL
            State Bar#: ASB-5949-S61S
            Ala. Bd. Pardons and Paroles
            P.O. Box 302405
            Montgomery, Alabama 36130
            Telephone: (334) 242-8700
            Fax: (334) 353-4423
            Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 5-31-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> **MARK SHANNON WHEELER**
> **AIS #139044**
> **KILBY CORRECTIONAL FACILITY**
> **P.O. BOX 150**
> **MT. MEIGS, AL 36057**

Done this **31ST** day of **May 2006**.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov