IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2006 JUN 12 A 9:50

[CLERK STAMP]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Mark Shannon Wheeler, #139044  )
       Plaintiff,                )
                                 )
V.                               ) CIVIL ACTION NO. 2:06-CV-274-MHT
                                 )
Bill Segrest, et al,             )
       Defendant                 )
                                 )

<u>Motion for Permission to request leave of Court to Amend Complaint, and Motion for leave of Court to Amend Complaint</u>

"Amendment to Complaint" — In Compliance with Fed. Rules of Civil Procedure, Rule 15(a)

Comes now the Plaintiff Mark Shannon Wheeler, and moves this Honorable above styled Court to, GRANT these, Motions;: Motion for Permission to request leave of Court to Amend Complaint, <u>and</u>, Motion for leave of Court to Amend Complaint. Plaintiff Wheeler now shows that he will hereafter <u>Contain in</u> "title of relief sought Motions" so as will warrant Consideration by this Honorable Court, as Plaintiff Wheeler was instructed by this Honorable Court on page 4(d)-last paragraph, of this Court's order; Directed on April 21st, 2006. <u>Justice so requires</u> this Amending so as to <u>more appropriate relief sought by Plaintiff Wheeler, Which does not prejudice anyone, All in Compliance with Rule 15 Fed. Rules of Civ. Proc.</u>   As for GROUNDS, Plaintiff Wheeler will on page 2 (a separate Motion) will forthwith the "motion to Amend Complaint" <u>AND</u> "Motion in Application for Plaintiff to obtain Court order, or Injunction so as to be reimbursed of late 22 months of Equal Protection Considerations for Parole review time". This with Merit in Compliance with Fed. R. of Civ. Procedure Rule 7(b)(1)(b)(2) and 10(a), 15(a)(b)(C)(1)(2), will be sought as relief (claim) on which relief can be granted, as the grounds was evident in Original instant Complaint that the Plaintiff Mark Shannon Wheeler was made (by the Defendant Bill Segrest et al), late for prescheduled guideline setting Parole Date. Wheeler was made 22 months late, then denied Parole, and set off another five years over the 22 months. In violation of law, Rules and Regulations which govern.
I hereby swear this to be true and correct to the best of My Knowledge, this the 24th day of May, 2006.  /s/ Mark Shannon Wheeler
                                                          Mark Shannon Wheeler #139044
                                                          Plaintiff Pro se

Page 1