IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Mark Shannon Wheeler, #139044 )
    Plaintiff )
V. )
Bill Segrest, et al. )
    Defendant )

RECEIVED
2006 JUN 12 A 9:50
Civil Action No. 2:06-CV-274-MHT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion to *Incorporate* Attached exhibits, 1-A, 1-B, 1-C, 1-D, 1-E, (Pages 4-8), And list of (4) Four Prisoners names of which were also made late for Parole review, then denied Parole and set off years (5) Five, After being made late, Totaling more than 5 years.

Comes now the Plaintiff Mark Shannon Wheeler AIS# 139044, and Moves this above styled Court to *GRANT* This: Motion to Incorporate Attached exhibits, 1-A, 1-B, 1-C, 1-D, 1-E, (Pages 4-8), and list of (4) Four Prisoners names of which were also made late for Parole review, then denied Parole and set off years (5) Five, After being made late, Totaling more than 5 years.

The above are all listed below:

exhibit 1-A (Page 4) (Front Page) of STATE BOARD OF PARDONS AND Paroles Board ORDER, Date, February 23rd-2004

exhibit, 1-B (Page 5) of this Motion, Page 10 of dated 2-23-04 Parole Manual, #11 Highlighted - Not to exeed 5 years.

exhibit, 1-C (Page 6) of this Motion, Page 3 of Parole Manual Dated Dec. 4th 01 (December 4th-2001) highlighted in Part No# 1,2,6,7 -, 15 years or 85 percent.

exhibit, 1-D (Page 7) of this Motion, Plaintiffs latest Program Completion Parole, Probation and beyond Dated May 10th 2006

exhibit, 1-E (Page 8) of this Motion, Notorized Affidavit of Plaintiff Wheeler Dated May 30th - 2006.

Below: Four (4) INMATES with violent type cases, whom were made late for Parole, then denied Parole, then set off (5) Five years moreover. They (all four) are *not* aware of my including their names.

1). Anthony Blount Ais # 177817
2). Donald Rathurn Ais # 192606
3). David Hargett Ais # 193496
4). B.C. Money Ais # 184159

/s/ Mark Shannon Wheeler Plaintiff
Pro se

I hereby swear this to be true to the best of my knowledge and understanding, this the 30th day of May, 2006.

/s/ Mark Shannon Wheeler Ais # 139044
Plaintiff Pro se