IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Mark Shannon Wheeler, #139044 )
    Plaintiff, )
                                )
V.                              )
                                ) Civil Action No. 2:06-CV-274-MHT
Bill Segrest, et al. )
    Defendant )
                                 )

<u>Motion For Permission of Court by Plaintiff to move for declaratory Judgment, Motion for appointment of Counsel because of Complexities</u>
"Amendment to Complaint"-Incompliance with Federal Rules of Civil Proc. Rule 15(a)

Comes now the plaintiff Mark Shannon Wheeler in this the District Court of The United States for the Middle District of ALABAMA Northern Division, and Prays that this Honorable Court will *GRANT* this Motions: Motion for permission of Court by Plaintiff to move for declaratory Judgment, Motion for Appointment of Counsel because of Complexities.

Plaintiff Wheeler shows grounds of claim in which relief is due to be granted:

1). Plaintiff Wheeler plainly has proven in this said Honorable Court that he has been deprived of his Constitutional Rights, and Privileges, and even immunitys which support Plaintiff Wheeler's claims for relief under 42 U.S.C. 1983.

2) Section 43 of the Alabama Constitution does not supersede to infiltrate the United States Constitution, even though some of the Alabamians that would be protected by different immunities claim they do no wrong doing (always), then continue to violate minorities Civil Constitutional Rights. By law, Plaintiff Wheeler is a minority being a Convicted Felon in Alabama, and indigent.

3. Defendant Bill Segrest, et al, is in Violation of his discretionary Acts, by exceeding his authority, causing him to be void of Absolute immunity by violating Plaintiff Wheeler's Civil United States Constitutional Rights (8th, 14th, 9th, 1st,) Cruel and unusual Punishment being inflicted, Equal Protection for Equal Consideration, disparaging Wheeler's rights (9th) and 1st Amendment "redress" Clause. Defendant Bill Segrest, et al in his proffessional and Individual Capacity, is not protected by his neglence, Capricious and arbitrary actions to be protected by Qualified immunity, as Defendant Segrest et al, has violated Federal United States Constitutional laws clearly Established, Providing Plaintiff Wheeler protection by this Honorable said Court in obtaining relief by claims well grounded in support. Plaintiff Wheeler is due favorable Declaratory Judgment in Compliance with Fed. R. Civ. Proc. Rule 57, and prays for the granting of this entire Amended Complaint. I here, the Plaintiff State the Defend Bill Segrest et al,

Cont: even under Color of STATe LAW, Code of AL. 1975 Title 15-22-40 "Authority of Board" (in which Defendant Bill Segrest et al, is Executive Director which must approve *All* governing Policies), states: it is without question that this section "prohibits" the BOARD OF PARDONS AND PAROLES from "exceeding its strictly limited authority". United STATES v. SWANSON, 753 F. Supp. 338 (N.D. Ala. 1990), Aff'd, 947 F.2d 914 (11th Cir. 1991.). Plaintiff Wheeler positively awaits relief, and invokes this Courts Jurisdiction. I hereby swear this to be true and Correct to the best of my knowledge and understanding under penalty of perjury, this the 2nd day of June, 2006. _____ Shannon WM_____ 139044
Mark Shannon Wheeler  Plaintiff Pro Se.

## Certificates of Service

I the Plaintiff Mark Shannon Wheeler hereby Certify that I have mailed a Copy of the same by 1st class Postage Prepaid mail, so that these Pleadings have been (Served) sent to the lawyer for the defendant Bill Segrest, et al, at:

Alabama Board of Pardons and Paroles
"Legal Division - General Counsel"
For Executive Director Bill Segrest et al
P.O. Box 302405
Montgomery, Al. 36130

Done this the 2nd day of June, 2006.
_____ Shannon WM_____
Mark Shannon Wheeler 139044
Plaintiff Pro Se

cc:
U.S. Middle District Court -
Northern Division, Hon. M.H.T.

Legal Division - General Counsel -
Board of Pardons and Paroles - Defendant

Mark Shannon Wheeler, Plaintiff.

Mark S. Wheeler
Ais # 139044, K-125
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL. 36057

Copies retained