IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER,<br>    AIS# 139044<br>    Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | )   Case #2:06-CV-274-MHT<br>)<br>)<br>) |
| BILL SEGREST,<br>    Defendant. | )<br>)<br>) |

## ANSWER

Comes now the Defendant, William C. Segrest, by counsel, denying Plaintiff's 1983 claims, and shows unto the Court the following:

1. Plaintiff filed suit in state court making the same claims as he now brings in Federal Court. Plaintiff has failed to exhaust state remedies.

2. The Board of Pardons and Paroles is not a "person" within the meaning of 42 U.S.C. §1983 and is not a potential defendant in this action.

1

3. The Board's Executive Director, William Segrest, is immune from liability.

4. William Segrest has not deprived Plaintiff of any right, privilege or immunity protected by the Constitution or laws of the United States.

5. Plaintiff has not been deprived of a "liberty interest".

6. Plaintiff has not been treated differently than similarly situated persons.

7. Plaintiff seeks to insinuate the Court into the administration of pardons and paroles, which is a function of the legislature.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 6-14-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that on 6-15-06 I mailed ,by United States Postal Service, the document to the following non-CM/ECF participants:

>   **MARK SHANNON WHEELER**
>   **AIS #139044**
>   **KILBY CORRECTIONAL FACILITY**
>   **P.O. BOX 150**
>   **MT. MEIGS,AL 36057**

Done this **14**th day of **June 2006**.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov