IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) |
| BILL SEGREST, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for court order filed by the plaintiff on June 12, 2006 (Court Doc. No. 10), in which the plaintiff requests that this court enter an order requiring that the parole board provide a reason for the denial of parole, and as the Constitution is not implicated by the failure to furnish an inmate with such reason, it is

ORDERED that this motion be and is hereby DENIED.

Done this 15th day of June, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE