IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, #139004, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) | |
| BILL SEGREST, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion in application to obtain court order filed by the plaintiff on June 12, 2006 (Court Doc. No. 9), in which the plaintiff seeks issuance of an order requiring an earlier parole consideration date, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 15th day of June, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE