IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on June 12, 2006 (Court Doc. No. 9), in which the plaintiff seeks to add as relief the re-calculation of his parole consideration date to include reimbursement of twenty-two (22) months, and for good cause, it is

ORDERED that the motion to amend the plaintiff's prayer for relief be and is hereby GRANTED.

Done this 15th day of June, 2006.

                                              /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE