IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Mark Shannon Wheeler, #139044 )
   Plaintiff )
    )
v. ) Civil Action No. 2:06-CV-274-MHT
    )
Bill Segrest, et al )
   Defendant )
    )

2006 JUN 12 A 9:50
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

"Motion to Amend Complaint" and, "Motion in application for Plaintiff to obtain Court order or, Injunction so as to be reimbursed of late 22 months of Equal Protection Consideration for Parole review time".

"Amendment to Complaint" - In Compliance with Federal Rules of Civil Procedure, Rule 15,(a)(b)(c)(1)(2), and 7(b)(1)(b)(2), and 10(a).

Claim;

On which relief can be granted is hereby captioned in title of this Motion.

Comes now the Plaintiff Mark Shannon Wheeler, #139044 in this Above styled Honorable Court, and moves this Court to grant Plaintiff Wheeler relief as so designated in these motions Captions, "Motion to Amend Complaint" and "Motion in application for Plaintiff to obtain Court order or, Injunction so as to be reimbursed of late 22 months of Equal Protection Consideration for parole review time".

Grounds;

Defendants Bill Segrest would claim that "victims Notification" is the cause of late review guideline setting dates, because regardless of an inmate awaiting Parole review, (the one's with violent type cases), must be reviewed in the order they were in line for, for Consideration, is negligence, arbitrary and Capricious. That has caused "All" with violent type cases (with an exception of the preferred few) to be made late for review. While the Parole Board Rocket-Docketed the Non-Violent type cases, Plaintiff Wheeler was neglected, and so were thousands of other Inmates in Alabama. Plaintiff Wheeler Prays for relief for All, due "Equal Consideration" prisoners awaiting Parole review in ALABAMA. Plaintiff Wheeler Seeks a parole review date that does not exceed a (5) Five year duration from September 1st, 2003, which was Wheeler's guideline setting date. Wheeler not being reviewed until July 13th, 2005 was then denied Parole and reset 5 years past the 22 months he was made late by Defendant Bill Segrest et al. Plaintiff Wheeler seeks relief for himself he Prays and for others to be included by this Honorable Courts ruling, favorable for Plaintiff Mark Shannon Wheeler #139044. Plaintiff Wheeler feels blessed to have the Honorable Myron H. Thompson ruling in this matter along with the Honorable Charles S. Coody. I hereby swear this to be true and correct to the best of my knowledge and understanding, this the 24th day of May, 2006.  _Mark S. Wheeler_
                                            Mark S. Wheeler #139044 Plaintiff Pro se