IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon review of the special report filed by the defendant on June 14, 2006, and as such report fails to comply with the directives of the order entered on April 21, 2006 (Court Doc. No. 4), it is

ORDERED that on or before July 5, 2006 the defendant shall file a supplemental special report which contains affidavits and other relevant, admissible evidentiary materials addressing each of the plaintiff's claims for relief and their arguments in opposition to such claims.

Done this 19th day of June, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE