parole board refuses to release any of them.

Due to this, there are water and sewer sanitation problems in the cities that are forced to deal with from a prison population that is sometimes more than the city itself. There is no ample food supply and the store items are unaffordable to a lot of the inmates and their families. Not to mention the price of gas for us to travel long distance to visit them when they decide to allow it.

There are just a lot of unsafe problems in our prison system due to overcrowding and no one will accept responsibility.

No one in Montgomery will accept responsibility for governing this board. So who does?

**Jean Forrester**
Satsuma

..ues
..te it.

..ackson
Montgomery

### More inmates merit release

I would like to know which of the candidates are going to do something about the prison overcrowding. Alabama has way too many life-with-parole inmates who deserve parole and the unjust and unfair

Letter to Editor, Taken from (June 2006) Montgomery Advertiser

.4

exhibit-"Y"