IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARK SHANNON WHEELER,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv274-MHT |
| | ) | |
| **BILL SEGREST, etc.,** | ) | |
| | ) | |
|    Defendant. | ) | |

                             ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's motion to appeal to district court (doc. no. 27) is granted.

(2) The orders at issue are all affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 23rd day of June, 2006.

                         /s/ Myron H. Thompson
               **UNITED STATES DISTRICT JUDGE**