IN THE UNITED STATES DISTRICT COURT
For The Middle District of ALABAMA Northern Division

Mark Shannon Wheeler )
AIS # 139044 )
 ) CASE # 2:06-CV-274-MHT
V. )
 )
Bill Segrest et al )
    Defendant )

**Motion For Plaintiff To Request this Courts Permission to Motion for Summary Judgment, and Motion for Summary Judgment**

In Compliance with Rule 56(a) Fed.R.Civ.Proc.

Comes now the Plaintiff Mark Shannon Wheeler, and Prays this Honorable United States District Court for the Middle District of Alabama Northern Division, TO GRANT these Motions: Motion For Plaintiff to Request this Courts Permission to Motion For Summary Judgment, and Motion for Summary Judgment, Grounds are as follows, in which sought relief can be GRANTED.

1). VOCAL Members and those with No Protest "Re-dress rights should be barred.

2). Defendant Bill Segrest, et al was Ordered to Answer Plaintiff Wheeler's Claims in Complaint, amended Complaint, at last order of this Courts deadline was July 5th-2006. "The Plaintiff has not received an Answer", this the 10th day of July 2006, and is entitled relief. Plaintiff Wheeler and thousands (perhaps) of Alabama Prisoner's with class A violent felony convictions are due "re hearings" to show this Honorable Court that the ex post facto rights either have not been violated, or will not be violated, of the prior 10 year or one third of sentence "Guideline Setting" that Alabama Prisoners sentenced before Dec. 4th-2001 were entitled to, with class A violent felony convictions. Plaintiff Wheeler is due 22 months "at least" reimbursment, and is due a Re-hearing to show this Court that whether or not the ex post facto still exist, (15 years or 85%). Plaintiff Wheeler Prays this Honorable Court for Summary Judgment. This the 10th day of July, 2006.   /s/ Mark Shannon Wheeler
Mark Shannon Wheeler 139044
Plaintiff Pro Se

(1)

## Certificate of Service

I Mark Shannon Wheeler hereby certify that I have mailed a copy of the same to the Defendant Bill Segrest et al by Inmates Free Legal Mail, 1st Class Postage Pre Paid thereby, U.S. mail, and addressed to Defandants Counsel at: STATE OF ALABAMA OFFICE OF BOARD OF Pardons and Paroles, To: Steven M. Sirmon, Assistant Attorney General, 301 South Ripley Street, P.O. Box 302405, Montgomery, AL. 36130, This done, the 10th day of July, 2006.

_____
Mark Shannon Wheeler       AIS # 139044
Plaintiff

Mark Shannon Wheeler
  AIS # 139044 - K-125
  Kilby Corr. Fac.
  P.O. Box 150
  Mt. Meigs, AL.
    36057

2