IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139044, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) |
| BILL SEGREST, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 28, 2006 the defendant shall (i) show cause why he failed to file a supplemental special report in compliance with the order of June 19, 2006, and (ii) file a supplemental special report as directed by the aforementioned order. The defendant is advised that absent extraordinary circumstances no extensions of time will be allowed for filing a response to this order. Additionally, counsel for the defendant is *cautioned* that failure to file a supplemental special report in accordance with the orders entered herein may result in the imposition of sanctions.

Done this 14th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE