```
1         MR. GIDDENS:  No objection.
2         THE COURT:  It will be admitted.
3              (Whereupon State's Exhibit Number
4              22 was admitted into evidence
5              without objection.)
6         MR. FIELD:  That's all.  Thank you, Doctor.
7
8                    CROSS EXAMINATION
9
10  BY MR. GIDDENS:
11  Q.   Did you find any evidence that that body had been sexually
12       mutilated?
13  A.   I already answered that.  I did not.
14  Q.   Okay.  Well, I'm going to ask you again.  If you would just
15       answer my questions, please, sir.  By not finding that
16       you're not telling the jury that didn't happen, are you?
17  A.   No, sir.
18  Q.   So it's possible it was but due to the decomposition it's
19       just not evidence, correct?
20  A.   I did not see it.  That's correct.
21  Q.   All right.  You said that you don't know what caused this
22       young woman's death, do you?
23  A.   That's correct.
24  Q.   Was her skull fractured?
25  A.   Yes, sir.
```