IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, #139004, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) | |
| BILL SEGREST, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the motion for order of contempt filed by the plaintiff on August 9, 2006 (Court Doc. No. 38), and for good cause, it is

ORDERED that on or before August 17, 2006 defendant Segrest shall:

1. Show cause why the motion for order of contempt should not be granted and sanctions imposed upon him.

2. File a supplemental special report in compliance with the order of June 19, 2006.

*The defendant is advised that no extensions of time will be allowed for filing a response in compliance with each of the directives contained in the June 19, 2006 order*. The Clerk is DIRECTED to provide a copy of this order to the defendant, the Attorney General for the State of Alabama and General Counsel for the Alabama Board of Pardons and Paroles.

Done this 14th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE