IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER,    )<br>     AIS# 139044   )<br>     Plaintiff,        )<br>                           )<br>                           )<br>v.                         )    Case #2:06-CV-274-MHT<br>                           )<br>                           )<br>                           )<br>BILL SEGREST,             )<br>                           )<br>     Defendant.        )  | |

**MOTION TO FILE SUPPLEMENTAL SPECIAL REPORT OUT-OF-TIME**

Comes, now, the Defendant, William C. Segrest moving for permission to file out-of-time, a Supplemental Special Report, as Ordered by the Court on June 19th, 2006, July 14th, 2006 and August 14th, 2006, and shows unto the Court the following:

1. Attorney for the Defendant seeks the Court's indulgence for not having filed the Ordered Supplemental Special Report in a timely manner.

2. Attorney for the Defendant accepts full responsibility for not having inner office procedures to prevent overlooking our obvious obligations.

3. Plaintiff seeks relief from a person/state official who has no authority to grant the relief sought.

4. Plaintiff has not been prejudiced by the delay.

5. Plaintiff has previously litigated this issue in State Court, with a ruling for the Defendant.

>Respectfully submitted,
>
>TROY KING
>ATTORNEY GENERAL
>
>GREGORY O. GRIFFIN, SR.
>CHIEF COUNSEL
>
>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 8-25-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>   **MARK SHANNON WHEELER**
>   **AIS #139044**
>   **KILBY CORRECTIONAL FACILITY**
>   **P.O. BOX 150**
>   **MT. MEIGS,AL 36057**

Done this **25th** day of **August 2006**.

>   Respectfully submitted,
>
>   s/ STEVEN M. SIRMON
>   ASSISTANT ATTORNEY GENERAL
>   State Bar#: ASB-5949-S61S
>   Ala. Bd. Pardons and Paroles
>   301 South Ripley Street
>   P.O. Box 302405
>   Montgomery, Alabama 36130
>   Telephone: (334) 242-8700
>   Fax: (334) 353-4423
>   steve.sirmon@alabpp.gov