IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARK SHANNON WHEELER,** )<br>       **AIS# 139044**  )<br>       **Plaintiff,**  )<br>                )<br>**v.**               )    **Case #2:06-CV-274-MHT**<br>                )<br>                )<br>**BILL SEGREST,**      )<br>                )<br>       **Defendant.**  ) | |

**MOTION TO FILE AFFIDAVIT**

Comes, now the Defendant, William Segrest, moving the court to accept his affidavit (Exhibit A). The signed copy will be forwarded to the Court on Monday, August 28th, 2006. Mr. Segrest is out of the officer and unable to provide the necessary signature until said date.

                    Respectfully submitted,

                    TROY KING
                    ATTORNEY GENERAL

                    GREGORY O. GRIFFIN, SR.
                    CHIEF COUNSEL

>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov

### CERTIFICATE OF SERVICE

I hereby certify that on 8-25-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that on 8-25-2006 I mailed, by United States Postal Service, the document to the following non-CM/ECF participants:

>**MARK SHANNON WHEELER**
>**AIS #139044**
>**KILBY CORRECTIONAL FACILITY**
>**P.O. BOX 150**
>**MT. MEIGS, AL 36057**

Done this **25**$^{th}$ day of **August 2006**.

>Respectfully submitted,
>
>s/ STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>301 South Ripley Street
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>steve.sirmon@alabpp.gov