| | |
|---|---|
| STATE OF ALABAMA | ) |
|  | ) |
| MONTGOMERY COUNTY | ) |

## AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **William C. Segrest,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **William C. Segrest.** I am currently employed as the Executive Director of the Alabama Board of Pardons and Paroles. In that capacity, among other duties, I am Custodian of the Records and supervise the Board's officers and administrative staff in carrying out the Board's policies.

Ala. Code §15-22-37 provides for the Board of Pardons and Paroles to adopt rules and regulations touching upon all matters dealing with paroles, not inconsistent with the paroling statutes. Under that authority the Board established parole consideration dates and, following parole denials, sets future parole consideration dates.

I am not a member of the Board of Pardons and Paroles and do not have the decision-making authority in deciding which prisoners are granted or denied parole or when they are set for parole consideration.

I deny violating any of Mark Shannon Wheeler's constitutional rights. I have no knowledge of Mr. Wheeler being treated any differently than other inmates who have committed a violent crime. I have no authority to grant the relief Mr. Wheeler seeks.

1

**Exhibit A**

_____
**WILLIAM C. SEGREST**
**EXECUTIVE DIRECTOR**

**SWORN TO AND SUBSCRIBED** before me this \_\_\_\_ day of _____ 2006.

_____
**NOTARY PUBLIC**
**Commission**

**Expires:**_____

2

**Exhibit A**