IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-274-MHT |
| BILL SEGREST, | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon review of the supplemental special report filed by the defendant on August 25, 2006, and as such report fails to adequately comply with the directives of the order entered on April 21, 2006 (Court Doc. No. 4), it is

ORDERED that on or before September 11, 2006 the defendant shall file a supplemental special report which contains copies of all former and current administrative rules and regulations relevant to the plaintiff's claims for relief.

Counsel for the defendant is advised that absent extraordinary circumstances no extensions of time will be allowed for filing a response to this order. Additionally, counsel is *cautioned* that failure to file a supplemental special report in accordance with the directives of this order will, without further notice from the court, result in the imposition of sanctions against him.

Done this 25th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE