IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order of contempt filed by the plaintiff on August 9, 2006 (Court Doc. No. 38), and in light of the supplemental special report filed by the defendant on August 25, 2006 (Court Doc. No. 43), it is

ORDERED that the motion for order of contempt be and is hereby DENIED.

Done this 25th day of August, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE