**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 25, 2006

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:   Wheeler v. Segrest

Case No.:   2:06cv274-MHT
            Document 46 Order

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for this document.