IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to initially file affidavit without signature filed by defendant Segrest on August 25, 2006 (Court Doc. No. 42), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of August, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE