IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike unsigned affidavit filed by the plaintiff on September 6, 2006 (Court Doc. No. 51), and as the court allowed defendant Segrest permission to initially submit such affidavit on condition that a signed affidavit be subsequently filed, *see Order of August 25, 2006 (Court Doc. No. 48)*, it is

ORDERED that the motion to strike be and is here by DENIED. It is further

ORDERED that on or before September 15, 2006 the defendant shall file an original signed affidavit with the court and provide a copy of this affidavit to the plaintiff.

Done this 7th day of September, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE