IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, #139004, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) | |
| BILL SEGREST, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order of contempt and order for sanctions filed

by the plaintiff on September 6, 2006 (Court Doc. No. 52), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 7th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE