```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

```
BRENT ANDRE PARRIS, #203767 )
                            )
        Plaintiff,           )
                            )
                            )
v.                          )   Case #2:06-CV-303-MEF
                            )
                            )
KATHRYEN T. QUATTLEBAUM,    )
              et al.,       )
                            )
        Defendants.         )
```

**RESPONSE TO SHOW CAUSE ORDER DATED JULY 21ST, 2006**

COME NOW, the Defendant, Kathryen Quattlebaum, by and through counsel, and show unto the Court as follows:

1) This situation has obviously inconvenienced the Court and is embarrassing to counsel, but counsel assures the Court that the causes were not for that intent. Nor were they intended to frustrate either the Court or the other party.

2) Counsel accepts full responsibility for any delay in the Defendant's responses to Court Orders.

3) Defendant respectfully suggest that the pleadings and documents submitted by Plaintiff fail to state a claim against the Defendant (Kathryn Quattlebaum).

4) Plaintiff has received the relief he seeks concerning the corrected Report of Investigation.

5) Plaintiff will not be prejudiced by the delay.

6) The undersigned counsel personally apologizes to the Court for the inconvenience.

7) Upon filing of Plaintiff's Supplemental Special Report and affidavit, this matter will be ripe for adjudication on the issues.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S

        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 9-11-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    **BRENT ANDRE PARRIS, AIS# 203767**
    **LIMESTONE CORRECTIONAL FACILITY**
    **28779 NICK DAVIS ROAD**
    **HARVEST, ALABAMA 35749**

Done this **11**th day of **SEPTEMBER 2006**.

        Respectfully submitted,

        s/ STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        301 South Ripley Street
        P.O. Box 302405

```
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
```
steve.sirmon@alabpp.gov