IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

MARK SHANNON WHEELER,          )
   #139044                      )
      Plaintiff,                )
                                )
V.                              ) CIVIL ACTION NO. 2:06-CV-274-MHT
BILL SEGREST, et al.            )
      Defendant.                )
                                )

<u>Motion For leave of Court to file Plaintiff's response
to Defendants Supplemental special report Filed 9-
11-2006 in this above styled Court</u>

   Comes now the plaintiff Mark Shannon Wheeler
in this Honorable District Court of the United States For
the Middle District of Alabama Northern Division, and
moves this Said Court to GRANT This Motion For leave
of Court to file Plaintiff's response to Defendants
Supplemental special report filed 9-11-2006 in this
above styled Court.

GROUNDS: 1) Plaintiff Wheeler is due further
legal relief in Which he is entitled by law, and
seeks out that due relief not only for himself,
but for all those due the same relief by the
Defendant's Negligent Actions and Constitution-
al Violations, and state law violations burdening
Plaintiff and many other Prisoners in Alabama, by
exceeding his authority. Plaintiff Wheeler points
out said violations, and further Necessary relief
legally due Plaintiff Wheeler by law. Plaintiff
Wheeler already was aware of 22 months ent-
itlement of Parole review reimbursment time due
him. But now by defendant's Counsels response,
evidence therein was submitted, warranting Further
Constitutional, and state required due relief of Parole
review re-calculation tabulated time due Plaintiff,
by a 3 year maximum set off of Parole mandate, in place
of the 5 year which was imposed on Plaintiff Wheeler
proves Further relief is entitled Plaintiff Wheeler by law.
(Plaintiff Wheeler does not have a word Processor, does the best he can.)
Done this the 18th day of September, 2006. Respect-
fully Submitted.

                         <u>Mark Shannon Wheeler</u>
                         Mark Shannon Wheeler 139044
                         Plaintiff  Pro se            Page 1

# CERTIFICATE OF SERVICE

I, the Plaintiff Mark Shannon Wheeler hereby certify that I have mailed a copy of the same upon Defendants Counsel by First class postage Pre Paid U.S. mail, by placing a copy of the same in said Inmates "Legal Mail" box and address to:

ASST. ATTY Gen Steven M. Sirmon
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, AL. 36130

this the 18th day of September, 2006

Mark Shannon Wheeler   139044
Plaintiff Pro Se

Mark S. Wheeler
Ais # 139044-K-125
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL. 36057