IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MARK SHANNON WHEELER  )
    Ais # 139044  )
    Plaintiff  )
      )
V.  ) CASE # 2:06-CV-274-MHT
      )
BILL SEGREST, et al  )
    Defendant.  )

2006 SEP 27 A 10:19

## MOTION TO FILE AFFIDAVIT

Comes, now the Plaintiff, Mark Shannon Wheeler, moving this Honorable Court to accept his affidavit (Attached exhibit-A) as was ORDERED in this Honorable Court September 14th, 2006 (Document #60). This the 26th day of September, 2006.

                      Mark Shannon Wheeler
                      Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I Mark Shannon Wheeler hereby certify that I have mailed a copy of the same and served upon the Defendant's Counsel by 1st Class U.S. (Prepaid Postage) Mail, and addressed such to, At:

    Ala. Bd Pardons and Paroles
    To: Steven M. Sirmon
    Asst. Atty General
    P.O. Box 302405
    Montgomery, AL 36130

By Placing the same in the Prisoners Kilby legal mail Box; this the 26th day of September, 2006. Respectfully submitted.

                Mark Shannon Wheeler 139044
                Plaintiff Pro Se

Mark Shannon Wheeler
Ais # 139044 - K-125
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057