IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

IN RE:
CIVIL ACTION NO: 2:06-CV-274-MHT

# AFFIDAVIT

Before me the undersigned, Personally Appeared Mark Wheeler who states as Follows: (Facts), My Name is Mark Shannon Wheeler and being sworn, I am over the age of 19, and I have personal knowledge concerning my forgoing statement. I hereby swear that I have been a resident in Montgomery County Alabama for more than six (6) months prior to the date of the undersigned. I am currently in Prison at Kilby Correctional Facility, Ais# 139044-K-125, P.O. Box 150, Mt. Meigs, AL. 36057. My Prison I.D.# is 139044, and K-125 is my sleeping quarters. I am currently serving a life sentence. My original preshed-uled Parole review date was set by the staff at the Alabama Bd. Of Pardons and Paroles in Compliance with my sentence of Life in 1994. It was scheduled for September 2003, which is a 10 year guideline setting. But because the parole Board was 22 months (twenty-two), late for my prescheduled Parole review date, (my case being considered violent) was not reviewed until July 13th, 2005. I was denied Parole and re-scheduled for July 2010. The total duration of calculated time (in months) and (years) between my granted given Parole dates is 6 (six) years and (10) Ten months. The maximum "Set-off" allowable by law in 1994 when I was sentenced is (3) Three years. My original review date for September was not in a timely manner be-cause the staff, under Executive Director Bill Segrest (and-himself) did not "Contact the supposed victims family in my case "on time." I am legally due a re-review at this time bec-ause with a max (3) year allowable set off from September 2003 when my hearing was due, forward 3 years (Three) as a max set off would legally reschedule me for September, 2006, immediatly. I was set off 5 years, which conflicts with the sentencing structure of 1994 when I was sentenced. I am due an immediate Parole review. I, the Affiant am Competent to testify to these matters herein, and I have not violated the 2 year statute of limitations.

_Mark Shannon Wheeler_
MARK SHANNON WHEELER

Before me the undersigned authority in and for said County and State on this 20th day of September, 2006, Personally appeared MARK SHANNON WHEELER whose name is signed to the forgoing Affidavit, and being sworn by me, has stated that he has read the Affidavit, and knows the Contents thereof, and the same are true and correct to the best of his knowledge, inform-ation and belief. _Mark Shannon Wh_
MARK SHANNON WHEELER      SWORN TO AND SUBSCRIBED
before me this the 30th day of September, 2006. _Anthony M. Poster_
My Commission expires 12-15-2009          NOTARY PUBLIC

Page 2, Exhibit A                                    SEAL