IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file affidavit filed by the plaintiff on September 27, 2006 (Court Doc. No. 63), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 28th day of September, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE