IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MARK SHANNON WHEELER, )
    AIS # 139044, )
        Plaintiff, )
V. ) CASE (CIVIL) # 2:06-CV-274-MHT
BILL SEGREST, et al. )
      Defendant. )

## SUPPLEMENTAL REQUEST STATEMENT

In Compliance with Fed. Rules Civ. Proc.

7.1(b)  (1). Necessary Request statement.
        (2). Information included

Which does not prejudice the Defendant(s) Bill Segrest, et al.

Plaintiff Mark Shannon Wheeler by this Supplemental Request statement in this Honorable above styled Court, request the following to be included in this above styled cause of action:

(1) That any injunction, Mandate (ORDER) in favor of plaintiff Wheeler in this Honorable Court, direct the Defendants et al, (in adjudication) to Honor the directives in place in all statutes at prisoners sentencing, especially that so when Plaint.ff Wheeler is reviewed for parole, it is only Necessary for (2) Two favorable Votes (of the (3) Three voting Board Members) being that (10) years, or one third of the required time served by Plaintiff has been fulfilled, as was the requirement in 1994, when Plaintiff Wheeler was sentenced. All Alabama State Prisoners (by this Courts directive) should now be treated by this same statutes standard for Equal Protection due Prisoners by the 14th Amend. U.S. Const, at the time of a Prisoners sentencing in the Alabama State Courts.

Respectfully Submitted, _____ #139044
                       Mark Shannon Wheeler Plaintiff Pro Se
This the 26th day of Sept. 2006.

## CERTIFICATE OF SERVICE

I Mark Shannon Wheeler hereby certify that I have mailed a copy of the same and served upon the Defendant's Counsel by 1st Class U.S. Prepaid Postage, and placed in Kilby U.S. Prisoners Regular Mail Box, addressed: Ala. Bd. of Pardons and Paroles

To: Steven M. Sirmon
    Asst Atty Gen.
    P.O. Box 302405 Montgomery, AL 36130

this the 26th day of September, 2006. Respectfully Submitted.
                                _____
                              Mark Shannon Wheeler
                              Plaintiff Pro Se

Mark S. Wheeler
  AIS # 139044-K-125
  P.O. Box 150 Mt. Meigs, AL 36057