IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to include relevant case law filed by the plaintiff on October 2, 2006 (Court Doc. No. 69), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED to the extent that the plaintiff seeks to submit case law in support of a motion for summary judgment as the court denied his request for leave to file such a motion.

2. This motion be and is hereby GRANTED to the extent that the plaintiff seeks to submit case law in support of his responses to the defendants' written reports.

Done this 6th day of October, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE