In The District Court of the United States
For the Middle District of Alabama Northern
Division

Mark Shannon Wheeler
#139044 plaintiff,

vs.

Bill Segrest, et al,
Defendant.

Civil Action No. 2:06-CV-274-MHT

## Recognition NOTICE of awareness

Comes now the Plaintiff Mark Shannon Wheeler by this Recognition NOTICE OF AWARENESS. It should be Noted in adjudication in this civil action that the BOARD of Pardons and Paroles, previously when plaintiff Wheeler was sentenced (1994) only required 2 favorable votes to make parole for violent cases after 10 years or one third of sentence was completed. This should still be mandated as to not violate ex post facto (by defendants). Done this 14th day of November, 2006.

Mark Shannon Wheeler

## Certificate of Service

I Mark Shannon Wheeler hereby certify that I have mailed a copy of the same and served upon the defendants by 1st Class Postage Prepaid mail, addressed: State of Alabama
Office of
Board of Pardons and Paroles
Legal Division - Steve Sirmon
Asst Atty Gen.
P.O. Box 302405
Montgomery, AL. 36130

Done this the 14th day of November, 2006.

Mark S. Wheeler

Mark S. Wheeler
AIS #139044, K-125
P.O. Box 150
Mt. Meigs, AL 36057