Mark Shannon Wheeler

v.                                          2:06cv274-MHT

Bill Segrest

Document #72 Stricken from the Records and returned to plaintiff pursuant to #73 Order entered on 12/14/06.