IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-274-MHT |
| | ) |
| BILL SEGREST, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for permission to proceed on motion for final judgment filed by the plaintiff on January 4, 2007 (Court Doc. No. 74), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 8th day of January, 2007.


        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE