IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion for final judgment in-part filed by the plaintiff on March 28, 2007 (Court Doc. No. 74), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 28th day of March, 2007.

                                          /s/ Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE