IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MARK SHANNON WHEELER 139044,
  Plaintiff
vs.
BILL SEGREST, et al
  Defendant

Civil Action No: 2:06-CV-274-MHT

## MOTION FOR *REQUIRED- PERMISSION* OF COURT TO APPEAL FROM MAGISTRATE JUDGES ORDER OF Denial

Comes now the Plaintiff Mark Shannon Wheeler Pro Se before this Honorable above styled Court and Prays this Court to GRANT this Motion for *Required-Permission* Of Court to Appeal from Magistrate Judges Order of Denial, grounds Are As follows why this motion should be GRANTED.  GROUNDS:

1). Document #77-1 in this Honorable Court Stated that Plaintiff Wheeler sought "Motion for leave", where-as Plaintiff Wheeler *Did-not* seek "leave" of Court, But did seek Permission (Motion for *Required* Permission of Court to enable Plaintiff to Procede with motion for Final Judgment IN-part, and Motion for Final Judgment in-part).

2). Plaintiff Wheeler is being denied due Process of a due Parole Review, openly admitted by the Defendant, and this Honorable Court has No just Reason for delay on A Favorable partial Ruling for Plaintiff. Wheeler seeks to now Appeal and request this Honorable Courts Permission. I hereby swear this to be true, this the 2nd day of April, 2007. In Compliance w/ F.R.Civ.P.    /s/ Shannon W____
                            Mark Shannon Wheeler Plaintiff Pro Se #139044

## Certificate of Service

I Mark Shannon Wheeler hereby Certify that I have by 1st Class U.S. Mail, Pre paid Postage, Placed a Copy of the same in the Kilby Inmates Legal Mail Box, and addressed and served upon Defendants At: Ala. Bd. of Pardons and Paroles
Legal Division
P.O. Box 302405
Montgomery, AL. 36130

This the 2nd day of April, 2007.
/s/ Shannon W____    #139044
Mark Shannon Wheeler

Mark Shannon Wheeler
AIS# 139044
Kilby Faith Dorm bed I-5-B
P.O. Box 150
Mt. Meigs, AL. 36057

Cover Page to Page 1,2,3 heretowith

Mark S. Wheeler
AIS # 139044-I-5-B
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL.
36057

LEGAL MAIL

mailed 4-2-07

Office of the Honorable
District Judge Myron H. Thompson
United States District Courthouse
P.O. Box 711
Montgomery, AL. 36101-0711