IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL SEGREST, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |

**ORDER ON MOTION**

Upon consideration of the motion for leave to appeal order of Magistrate Judge (Court Doc. No. 78), in which the plaintiff seeks permission to appeal the order entered on March 28, 2007 denying his motion for final judgment in-part, and for good cause, it is

ORDERED that the motion for leave to appeal order be and is hereby GRANTED.

Done this 5th day of April, 2007.

                                                 /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE