IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARK SHANNON WHEELER,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv274-MHT |
| | ) | |
| **BILL SEGREST, etc.,** | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

Upon consideration of plaintiff's appeal (Doc. No. 79), and after an independent and de novo review of the record, it is ORDERED that the United States Magistrate Judge's order (Doc. No. 77) is affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 5th day of April, 2007.

                         /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**