IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MARK SHANNON WHEELER #139044 )
Plaintiff, Pro Se )
)
vs. ) Civil Action # 2:06-CV-274-MHT
)
BILL SEGREST, et al. Defendant )

<u>Motion For Required Permission of Court *TO* Appeal
To the U.S. Appellate Court 11th Circuit</u>

Comes now the Plaintiff Mark Shannon Wheeler in this Honorable above styled Court, and moves this Honorable said Court to GRANT this Motion For Required Permission of Court *TO* Appeal to the U.S. Appellate Court 11th Circuit, so as to Appeal this Honorable Courts Ruling on April 5th, 2007, document #81-1 in this Honorable Court.

I hereby swear this to be true and correct to the best of my knowledge, this the 9th day of April, 2007.

*Mark Shannon Wheeler* #139044
MARK SHANNON WHEELER

<u>Certificate of Service</u>

I Mark Shannon Wheeler hereby certify that I have by 1st class Prepaid Postage Placed a Copy of the same in the U.S. Mail box here at Kilby Prison, marked legal mail, having addressed a copy of the same mailing it to:

* 1) Alabama Bd. of Pardons and Paroles
Legal Division, P.O. BOX 302405
Montgomery, AL. 36130

*3) UNITED STATES DISTRICT COURT
HONORABLE MYRON H. THOMPSON
P.O. BOX 711
Montgomery, AL. 36101-0711

* 2) U.S. District Court of Appeals
For the 11th Circuit (Clerk)
56 Forsyth st. N.W.
Atlanta, Ga. 30303-2289
Attention: Bill Pryor

Copy Retained
Mark Shannon Wheeler
AIS # 139044, Faith Dorm I-5-B
Kilby Corr. Fac.
P.O. BOX 150 Mt. Meigs, AL. 36057

DONE this the 9th day of April, 2007. *Mark Shannon Wheeler*
MARK Shannon Wheeler
Plaintiff Pro Se.

Cover Page

Mark S. Wheeler
AIS #139044, I-5-B
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL. 36057

Please place
Place in Legal mail

UNITED STATES DISTRICT COURT
HONORABLE MYRON H. Thompson
P.O. BOX 711
Montgomery, AL. 36101-0711

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."