IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARK SHANNON WHEELER,        )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )    2:06cv274-MHT
                             )
BILL SEGREST, etc.,          )
                             )
    Defendant.               )
```

### ORDER

It is ORDERED that the motion for permission to appeal to the Eleventh Circuit (Doc. No. 83) is denied.

DONE, this the 20th day of April, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE