In The District Court of the United States for the Middle District of Alabama Northern Division.

MARK SHANNON WHEELER, #139044 )
  Plaintiff, )
v. )
BILL SEGREST, et al. ) Civil Action #2:06-CV-274-MHT
  Defendants. )

## "Motion" to be Granted permission to file "Plaintiff's objections to Magistrate Judges recommendations"

Comes now the Plaintiff, MARK SHANNON Wheeler in this Honorable District Court of the United States for the middle District of ALABAMA NORTHERN DIVISION, and moves this said Court to "GRANT" these "Motion" to be Granted permission to file "Plaintiff's objections to Magistrate Judges recommendations". The Plaintiff prays this Court's permission, as Plaintiff on, or before April 24th, 2007 will mail by 1st class mail to this Honorable Court the "Plaintiff's objections to magistrate Judges recommendations". Plaintiff Wheeler's response will be lengthy, and even though this is the cover page to the forthcoming "Plaintiff's objections to magistrate Judges recommendations", this present held material "is" the Included motion of Plaintiff's objections to magistrate Judges recommendations, and when filed in this Honorable Court they should be conjoined for review, this now motion being Considered first. Plaintiff prays this Court relief, done this the 20th day of April, 2007

_Mark Shannon Wheeler_   #139044
MARK SHANNON WHEELER   Plaintiff.

## CERTIFICATE OF SERVICE

I MARK Shannon Wheeler the plaintiff hereby certify that I have mailed a copy of the same to the defendants by 1st class postage prepaid mail and addressed: Ala. Bd. of Pardons and Paroles "Legal Division" 301 South Ripley Street, P.O. Box 302405, Montgomery, AL. 36130, this the 20th day of April, 2007, placing the same in Inmates legal mail at Kilby. _Mark Shannon Wheeler_ #139044
MARK Shannon Wheeler Plaintiff

MARK S. Wheeler
AIS #139044, dorm I-5-B
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL. 36057

"Cover page"

Mark Shannon Wheeler
is #139044, dorm I-5-B
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL.
36057

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711

MONTGOMERY AL 351
24 APR 2007 PM 4 L

OFFICE OF THE HONORABLE
District Judge Myron H. Thompson
P.O. Box 711
Montgomery, AL. 36101-0711

IN RE CASE # 2:06-CV-274-MHT