IN The Distin Court of The United : ates for The
Middle District of Alabama Northern Division

RECEIVED

MARK SHANNON WHEELER, #139044  )
        Plaintiff,                )
                                  )
v.                                )  Civil Complaint # 2:06-CV-274-MHT
BILL SEGREST, et al               )
        Defendant.                )
                                  )                APR 2 5 2007

                                                   CLERK
                                            U.S. DISTRICT COURT
                                            MIDDLE DIST. OF ALA.

## Motion to include Attachments with response

#1). Inmate Wheeler's Time sheet (summary) dated 01/21/2003 (Plaintiff) s
    Original Date For A Supposed Parole Review) sept. 2003.
#2). Wheeler (Plaintiff)'s letter from defendant Segrest, et al, showing
    Wheeler was denied on Parole (letter dated At Top, 07-14-2005,
    and Wheeler being reset for 07/2010.

        Comes now the Plaintiff Mark Shannon Wheeler
in this District Court of the United States for the Middle
District of Alabama, Northern Division, and moves this said
Court to <u>Grant</u> this Motion to include Attachments with
response. (to, Judge Coody's recommendation). Attachments
are Pages hereto with marked (29) and (30), identified
As set Forth above #1), and #2).    I hereby swear this
to be true and Correct this the 23rd day of April, 2007.
                        MARK SHANNON WHEELER    139044
                                        PLAINTIFF Pro se

## Certificate of Service

        I MARK Shannon Wheeler the Plaintiff hereby
certify that I have mailed A Copy of the same and served
upon the defendants by 1st Class U.S. Prepaid Postage
address to: "Legal Division", Ala. Bd. of Pardons and
        Paroles. 301 South Ripley Street
        P.O. BOX 302405
        Montgomery, AL. 36130

by Placing same said in Kilby Prison Inmates "Legal Mail,"
done this the 23rd day of April, 2007.
                                        MARK SHANNON WHEELER
                                        Plaintiff Pro se    #139044

Mark Shannon Wheeler
Ais #139044, Dorm, I-5-B.
Kilby Corr. Fac.
P.O. BOX 150
Mt. meigs, AL. 36057

SCANNED

(28)



Mark S. Wheeler
A-is #139044, dorm I-5-B
Kilby Corr. Fac.
P.O. Box 150
MT. Meigs, AL. 36057

"Free stamp" goes → here
if
9th stamp is needed

Placed in "legal mail" box
Kilby Corr. Fac. April 23rd 2006
with 9 stamps (8 stamps affixed
with 1 free stamp coming)

TO: THE HONORABLE MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL. 36101-0711

LEGAL MAIL

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."