```
CBR716-3          ALABAMA DEPARTMENT OF CORRECTIONS              INST:   008
                  INMATE SUMMARY AS OF 01/21/2003                 CODE: CRSUM

********************************************************************************

AIS: 001390448    INMATE: WHEELER, MARK SHANNON          RACE: W    SEX: M

INSTITUTION: 008 - KILBY CORRECTIONAL FACILITY           JAIL CR: 000Y 08M 16D

DOB: 05/13/1961    SSN: 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    PREVIOUS AIS: P0033514

ALIAS: WHEELER, MARK

ADM DT: 05/06/1994    DEAD TIME: 000Y 00M 00D

ADM TYP: LIFE SENTENCE                          STAT: EOS FROM PAROLE

CURRENT CUST: MED-9   CURRENT CUST DT: 09/30/1994   PAROLE REVIEW DATE: SEP 2003

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   05/06/1994
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT   CASE NO   CRIME                   JL-CR        TERM
CLEBURNE     05/06/94  N93000080 MURDER                  0256D        LIFE     CS
    ATTORNEY FEES : $001000         HABITUAL OFFENDER : Y
    COURT COSTS   : $0000276        FINES : $0000000    RESTITUTION : $0000050

 TOTAL TERM        MIN REL DT       GOOD TIME BAL      GOOD TIME REV     LONG DATE
   LIFE           00/00/0000                                              LIFE

INMATE LITERAL:
********************************************************************************

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
********************************************************************************

ESCAPEE-PAROLE SUMMARY

PAROLED FRM   115:12/10/90  RVK:00/00/00  DELQ:00/00/00  RECAP:00/00/00  RTN:00/00/00

      INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

      INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
      SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
********************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 08/16/2001   TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 008    RULE NUMBER: 54
    RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE
```



```
                    STATE OF ALABAMA
               BOARD OF PARDONS AND PAROLES
                    301 S. RIPLEY STREET
                      P.O. BOX 302405
               MONTGOMERY, ALABAMA  36130 - 2405
                CENTRAL OFFICE (334) 242 - 8700
                         07-14-2005
```

*original*

MARK SHANNON WHEELER
139044
KILBY CORRECTIONAL FACILI
P O BOX 150
MT MIEGS    AL    36057


YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR FURTHER CONSIDERATION DURING THE MONTH OF 07/2010.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE ACCORDED.

                                        YOURS VERY TRULY,



                                        WILLIAM C. SEGREST
                                        EXECUTIVE DIRECTOR
WCS/CAM

CC:    WARDEN
       CLASSIFICATION

*[signature: William C. Segrest]*

(B0)