IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MARK SHANNON WHEELER, #139044
Plaintiff,

V.

BILL SEGREST, et al
Defendant.

Civil Action # 2:06-CV-274-MHT

RECEIVED APR 25 2007
CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

## Motion For Magistrate to Recuse himself

Comes now the Plaintiff Mark Shannon Wheeler in this Honorable District Court of the United States for the Middle District of ALABAMA Northern Division, and moves this Court to GRANT this "Motion For Magistrate to Recuse himself". Plaintiff Wheeler seeks for Chief Magistrate Judge Charles Coody to Recuse himself.

Grounds to support relief due Wheeler:

1). Plaintiff Wheeler in Plain English explained his own claims to this Court and Defendant Segrest, et al., as Wheeler "responded" to defendants Supplemental Special Report, so as to address that defendants response to Wheeler's claims, circumvented Wheeler's claims so as to formulate some type of favorable defense to defendants. Wheeler's motion was GRANTED (see Document 62-1) in this Honorable Court, of motions of Wheeler (Doc. #60, and 61) which explains (further asserts) his claims in this said GRANTED Motion, where as Judge Coody's recommendation in favor of defendant Segrest, et al, is simply without merit, as, neither Coody's or defendant Segrest, et al have addressed coherently Wheeler's claims. Chief Magistrate Judge Charles Coody has shown favoratism (hereby Wheeler's claim) and as proof in this said Court as "Grounds", is the said "GRANTED" Doc. #60-61 in this Court, see (Doc. #62-1),

#2, and further grounds are Wheeler's "reiterating" Wheeler's claims as being interpreted-incorrectly by Judge Coody - showing a bias against Wheeler. Wheeler reserves right to redress in any appeal Court as may be necessary so as to not prejudice Wheeler. Wheeler is entitled relief, and a proper review. This the 23rd day of April, 2007.

M.S.W. 139044
Mark S. Wheeler
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that I, the Plaintiff Mark Shannon Wheeler have mailed a copy of the same to defendants by 1st class postage prepaid mail in Inmate "Legal mail" box and addressed to: "Legal Division" Ala. Bd. of Pardons and Paroles, 301 South Ripley St. P.O. Box 302405 Montgomery, AL. 36130, this the 23rd day of April, 2007.

Mark Shannon Wheeler  139044
Plaintiff Pro Se

Mark S. Wheeler  AIS#139044- Dorm, I-5-B
Kilby Corr. Fac. P.O. Box 150
Mt. Meigs, AL. 36057

(31)

SCANNED