IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file objections filed by the plaintiff on April 25, 2007 (Court Doc. No. 85), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 26th day of April, 2007.

                    /s/ Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE