IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for Magistrate to recuse himself filed by the plaintiff on April 25, 2007 (Court Doc. No. 88), and as the plaintiff has presented no plausible reason or credible basis supporting such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 26th day of April, 2007.

                                                      /s/ Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE