IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

MARK SHANNON WHEELER, RECEIVED
Plaintiff, #139044

V.

BILL SEGREST, et al.,
Defendant.

2007 MAY -2 A 8:21   2:06-CV-274-MHT

DISTRICT COURT

<u>Motion to be Granted Permission to Appeal Plaintiff's
denied Motion for Magistrate to Recuse himself</u>

Comes now the Plaintiff Mark Shannon Wheeler
#139044 in this Honorable District Court of the United
States for the Middle District of Alabama Northern
Division, and moves this said Court to "GRANT" this
Motion to be Granted Permission to Appeal Plaintiff's
denied Motion for Magistrate to Recuse himself.

Grounds for relief: Plaintiff Wheeler in appeal will
again show Magistrate Judge in this cause of action
is prejudice against Plaintiff Wheeler, as Magistrate
has shown Favoritism of Defendants by Magistrate
circumventing Plaintiff Wheeler's claims which
denies Plaintiff Wheeler's claims appropriate review
from a proper coherent unbias review. Defendants
have not denied they did make Wheeler 22 months late
for a due process review "consideration", and also did
admit that when Wheeler was finally reviewed wh-
eeler was denied parole and reset for 5 years AND
that when Wheeler was sentenced in 1994 the MAX
allowable set off, was 3 years. Wheeler has Not
claimed a liberty interest violation (as parole is a priv-
iledge), but "A prisoner has the right to be properly
considered for parole" <u>Christopher v. U.S. Board of
Parole</u> 589 F. 2d 924 (7th Cir. 1978); <u>Wallace V. Turner,</u>
525 F. Supp. 1072 (S.D. Fla. 1981), Wheeler has claimed
due process of "Equal Protection" of 14th <u>Amend U.S. Const.</u>
and Article 1, Sec. 9 Ex Post Facto violation because of
Defendants making their 5 year set off policy adoption-
"RetroActive", which is illegal. Magistrate has circumven-
ted these claims so as to scream "Liberty interest", when
Plaintiff from the begining contends that he has not
claimed "Liberty interest, but has stated to the 11th
circuit Appeals Court that Liberty interest might be
created at the adjudication of complaint by Wheeler's
case showing due process Right in Equal Consideration,
so as to not discriminate.

(1) of 2

Wheeler contends that in 1994, (which is when Wheeler was sentenced) Wheeler's "Peers" that were sentenced after 1982 till 1994 were properly considered for parole review, and those that were denied were set off the max of 3 years which was applicable. Wheeler proving that his peers were treated differntly in 1994 to Equal Consideration. Now the Defendants' Circumvent that law which cannot ever be changed retroactively, but defendants have now made the 5 year set off the normal procedure for "All" whom they so choose to, which denies prisoners Sentenced between 1982-March 2001 "Equal Protection" denying Wheeler his 14th Amend. Rights. Magistrate Judge should Recuse himself because he denies Wheeler's proper claims, circumventing them so as to favor defendants response to claims of Liberty interest. Wheeler has the right to be properly Considered for Parole. Wheeler seeks due relief, and Magistrate seeks to deny Wheeler relief *WITH-PREJUDICE*, showing grounds for recusation of Magistrate as plausible reason, and for credible basis supporting such Action see this Courts Document #82-1 Page 19, #3. Also document #91 in this Court. Wheeler seeks to Appeal. Done this 30th day of APRIL, 2007.

Mark Shannon Wheeler    139044
Mark Shannon Wheeler  Plaintiff.

## Certificate of Service

I hereby certify that I have mailed a copy of the same and served upon the defendants by 1st Class prepaid U.S. mail addressed: Ala. Bd. of Pardons and Paroles "Legal Division" 301 South Ripley Street. P.O. Box 302405, Montgomery, AL. 36130, by placing the said same in the Kilby Prison "legal mail" box this the 30th day of April, 2007

Mark Shannon Wheeler    139044
Mark Shannon Wheeler  Plaintiff

Mark S. Wheeler
  A is # 139044-I-5-B
  Kilby Corr. Fac.
  P.O. Box 150
  Mt. Meigs, AL. 36057



US POSTAGE

HASLER

$0.390

Mark S. Wheeler
A.i.s# 139044-I-5-B
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL.
36057

LEGAL MAIL

"This correspondence is forwarded
from an Alabama State inmate. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

In Re Case # 2:06-cv-274-MHT