IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, #139004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-274-MHT |
| ) | |
| BILL SEGREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to appeal order of Magistrate Judge filed by the plaintiff on May 2, 2007 (Court Doc. No. 92), in which the plaintiff seeks permission to appeal the order entered on April 26, 2007 denying his motion for recusal of the undersigned (Court Doc. No. 91), and for good cause, it is

ORDERED that the motion for leave to appeal order be and is hereby GRANTED.

Done this 2nd day of May, 2007.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE