IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv274-MHT |
| | ) | |
| BILL SEGREST, etc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff having been granted leave to appeal by order entered on May 2, 2007 (Doc. No. 93), it is ORDERED that the order at issue (Doc. No. 91) is affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further proceedings on the remaining matters.

DONE, this the 8th day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**