IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARK SHANNON WHEELER,      )
                           )
    Plaintiff,             )
                           )
    v.                     )        CIVIL ACTION NO.
                           )         2:06cv274-MHT
BILL SEGREST, etc.,        )             (WO)
                           )
    Defendant.             )
                           )
```

## ORDER

It is ORDERED that plaintiff Mark Shannon Wheeler's motion to incorporate (Doc. No. 97) is granted. The court believes that the record should be complete.

It is further ORDERED that plaintiff Wheeler's motion for relief from the final order (Doc. No. 97) is denied. The reasons for denial are many but include the following: first, most of Wheeler's arguments are barred by the statute of limitations; second, at no point in the proceedings has the parole board admitted that it relied on false information or that it even considered information in his pre-sentence investigation report;

third, Wheeler does not possess a liberty interest in being granted parole that is protected by the Due Process Clause; and, finally, none of his claims is consistent with any of the requirements of Federal Rule of Civil Procedure 60(b).

DONE, this the 17th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE